

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00073-CV

VECENTIE MORALES, Appellant          §     On Appeal from the 233rd District Court

V.                                   §     of Tarrant County (233-719643-22)

                                     §     February 8, 2024

A.D.W.                               §     Memorandum Opinion by Justice Walker

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's protective order. It is ordered that the trial court's protective order is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
      Justice Brian Walker